# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 14-2516
iPhone, telephone number 240-438-2113, IME )
#990002789081105, currently located in the evidence )
locker of the USPS OIG, Capitol Heights, MD )

FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 20 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
iPhone, telephone number 240-438-2113, IME #990002789081105, currently located in the evidence locker of the Office of Inspector General, United States Postal Service, Capitol Heights, MD. (See attachment A)

located in the _____ District of ___Maryland___ , there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1709 | Theft of mail matter by employee. |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

S.A. Lisa Aiken, USPS OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/03/2014 2:15 p.m.

_____
*Judge's signature*

City and state: Greenbelt, Maryland

William Connelly, U.S. Magistrate Judge
*Printed name and title*