AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

iPhone, telephone number 240-438-2113, IME #990002789081105, currently located in the evidence locker of the USPS OIG, Capitol Heights, MD

Case No. 14-2516WGC

FILED ____ ENTERED ____ LODGED ____ RECEIVED

NOV 20 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____ District of Maryland *(identify the person or describe the property to be searched and give its location)*:

iPhone, telephone number 240-438-2113, IME #990002789081105, currently located in the evidence locker of the Office of Inspector General, United States Postal Service, Capitol Heights, MD. (See attachment A)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before November 17, 2014 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to U.S. Magistrate Judge William Connelly.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☑ for 14 days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: 11/03/2014 ~~0:00 am~~ 2:15 pm

William Connelly
*Judge's signature*

City and state: Greenbelt, Maryland

William Connelly, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 14-2516 WC | 12:00pm 11/14/14 | John watson. |

Inventory made in the presence of : OIG locker

Inventory of the property taken and name of any person(s) seized:

This property is being held in the OIG evidence locker

St watson seized text information From cell phone on 11/14/2014

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/19/2014

[signature]

*Executing officer's signature*

Lisa Aiken Special Agent

*Printed name and title*

Attachment A

Item to be searched

iPhone, telephone number 240-438-2113, IME #990002789081105, currently located in the evidence locker of the Office of Inspector General, United States Postal Service, Capitol Heights, MD.



W.C. 11/3/14

Attachment B

Things to be seized

All records showing communications and text messages relating to violations of 18 U.S.C. § 1709, and content of text messages, between iPhone described in Attachment A and telephone numbers 202-430-4968, 202-210-5144, and 202-304-5304, between May 1, 2014 and present.



W.C.
11/3/14